IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-41297
Summary Calendar
_____

PHILLIP J LONG

    Plaintiff - Appellant

    v.

THE COMMUNIST PARTY OF THE UNITED STATES, doing business as
The World Zionist Organization, American Section, Inc

    Defendant - Appellee

--------------------
Appeal from the United States District Court
for the Southern District of Texas, Laredo
USDC No. L-01-CV-55
--------------------
February 19, 2002

Before KING, Chief Judge, and HIGGINBOTHAM and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    We have reviewed the appellant's brief and the record. This case was properly dismissed by the district court. This appeal is frivolous.

    AFFIRMED.

_____

[*] Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.